

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Merryday, Steven D | 2. Court or Organization Middle District of Florida | 3. Date of Report 05/14/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address 801 N. Florida Avenue Tampa, FL 33602 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 12: 49 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The ASPEN Institute The JEHT Foundation | 11/9/07 - 11/11/07 | Queenstown, MD | Seminar Int'l Human Right | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA (Capital Securities of America (1) (Details Follow) | E | Dividend | O | T | | | | | |
| 2. --MICROSOFT (MSFT) | | | | | BUY | 1/11 | L | | |
| 3. --COMCAST (CMCSA) | | | | | BUY | 1/12 | L | | |
| 4. --CISCO (CSCO) | | | | | SELL | 1/18 | L | A | |
| 5. --COMCAST | | | | | SELL | 1/25 | L | A | |
| 6. --MICROSOFT | | | | | SELL | 1/25 | L | A | |
| 7. --ANGLOGOLD (AU) | | | | | BUY | 2/08 | L | | |
| 8. --ANGLOGOLD | | | | | SELL | 2/20 | L | A | |
| 9. --RESEARCH (RIMM) | | | | | BUY | 2/20 | L | | |
| 10. --RESEARCH | | | | | SELL | 2/27 | L | A | |
| 11. --APPLE (AAPL) | | | | | BUY | 4/30 | K | | |
| 12. --MASTERCARD (MA) | | | | | BUY | 4/10 | K | | |
| 13. --MORGAN STANLEY (MS) | | | | | BUY | 4/10 | K | | |
| 14. --MORGAN STANLEY (MS) | | | | | BUY | 4/16 | K | | |
| 15. --APPLE | | | | | SELL | 4/24 | K | A | |
| 16. --MASTERCARD | | | | | SELL | 4/24 | K | A | |
| 17. --VIMPEL (VIP) | | | | | BUY | 5/02 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --VERIZON (VZ) | | | | | BUY | 5/02 | L | | |
| 19. --INTERCONTINENTAL (ICE) | | | | | BUY | 5/09 | L | | |
| 20. --SUNTRUST BANKS (STI) | | | | | BUY | 5/09 | L | | |
| 21. --VIMPEL | | | | | SELL | 5/10 | K | A | |
| 22. --GLOBAL SANTA FE (GSF) | | | | | BUY | 5/11 | L | | |
| 23. --INTERCONTINENTAL | | | | | SELL | 5/14 | L | A | |
| 24. --AMAZON (AMZN) | | | | | BUY | 5/18 | K | | |
| 25. --MILLICOM (MICC) | | | | | BUY | 5/18 | K | | |
| 26. --AMAZON (AMZN) | | | | | BUY | 5/21 | K | | |
| 27. --FIRST SOLAR (FSLR) | | | | | BUY | 5/21 | K | | |
| 28. --AMAZON | | | | | SELL | 5/23 | K | C | |
| 29. --FIRST SOLAR | | | | | SELL | 5/24 | K | A | |
| 30. --GLOBAL SANTA FE | | | | | SELL | 5/24 | K | A | |
| 31. --MILLICOM | | | | | SELL | 5/24 | K | A | |
| 32. --GOOGLE (GOOG) | | | | | BUY | 5/30 | L | | |
| 33. --SUNTRUST | | | | | SELL | 6/04 | L | B | |
| 34. --AMAZON (AMZN) | | | | | BUY | 6/04 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --AMAZON | | | | | SELL | 6/07 | L | D | |
| 36. --GOOGLE | | | | | SELL | 6/07 | L | C | |
| 37. --MORGAN STANLEY | | | | | SELL | 6/07 | L | B | |
| 38. --RESEARCH (RIMM) | | | | | BUY | 6/11 | L | | |
| 39. --RESEARCH | | | | | SELL | 6/12 | L | A | |
| 40. --INTERCONTINENTAL (ICE) | | | | | BUY | 6/14 | L | | |
| 41. --GOOGLE (GOOG) | | | | | BUY | 6/15 | L | | |
| 42. --CHINA MOBILE (CHL) | | | | | BUY | 6/18 | K | | |
| 43. --INTERCONTINENTAL | | | | | SELL | 6/25 | L | A | |
| 44. --GOOGLE | | | | | SELL | 6/26 | L | C | |
| 45. --VERIZON | | | | | SELL | 6/26 | L | B | |
| 46. --CHINA MOBILE | | | | | SELL | 6/27 | K | A | |
| 47. --AMAZON (AMZN) | | | | | BUY | 7/02 | L | | |
| 48. --FOSTER WHEELER (FWLT) | | | | | BUY | 7/02 | L | | |
| 49. --GOOGLE (GOOG) | | | | | BUY | 7/02 | L | | |
| 50. --CROCS (CROX) | | | | | BUY | 7/09 | K | | |
| 51. --SUNTECH POWER (STP) | | | | | BUY | 7/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --CHIPOTLE (CMG) | | | | | BUY | 7/12 | K | | |
| 53. --MASTERCARD (MA) | | | | | BUY | 7/12 | L | | |
| 54. --MASTERCARD | | | | | SELL | 7/20 | L | A | |
| 55. --FOSTER WHEELER | | | | | SELL | 7/24 | L | C | |
| 56. --SUNTECH POWER | | | | | SELL | 7/24 | K | A | |
| 57. --AMAZON | | | | | SELL | 7/24 | L | B | |
| 58. --CHIPOTLE | | | | | SELL | 7/24 | K | A | |
| 59. --CROCS | | | | | SELL | 7/24 | K | A | |
| 60. --GOOGLE | | | | | SELL | 7/19 | L | C | |
| 61. --ULTRASHORT MIDCAP (MZZ) | | | | | BUY | 7/26 | K | | |
| 62. --ULTRASHORT RUSSELL (TWM) | | | | | BUY | 7/26 | L | | |
| 63. --ULTRASHORT MIDCAP | | | | | SELL | 7/27 | K | A | |
| 64. --ULTRASHORT RUSSELL | | | | | SELL | 7/27 | L | A | |
| 65. --BAIDU.COM (BIDU) | | | | | BUY | 8/08 | L | | |
| 66. --WYNN RESORTS (WYNN) | | | | | BUY | 8/08 | L | | |
| 67. --BAIDU.COM | | | | | SELL | 8/10 | L | A | |
| 68. --WYNN RESORTS | | | | | SELL | 8/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --GARMIN (GRMN) | | | | | BUY | 9/18 | K | | |
| 70. --ARCELOR (MT) | | | | | BUY | 9/18 | K | | |
| 71. --UNDER ARMOUR (UA) | | | | | BUY | 9/18 | K | | |
| 72. --TRINA SOLAR (TSL) | | | | | BUY | 9/21 | K | | |
| 73. --CROCS (CROX) | | | | | BUY | 9/24 | L | | |
| 74. --TBS INT. LTD (TBSI) | | | | | BUY | 9/24 | K | | |
| 75. --APPLE (AAPL) | | | | | BUY | 9/25 | L | | |
| 76. --UNDER ARMOUR | | | | | SELL | 9/26 | K | A | |
| 77. --TRINA SOLAR | | | | | SELL | 9/26 | K | C | |
| 78. --GARMIN | | | | | SELL | 10/01 | K | A | |
| 79. --RESEARCH (RIMM) | | | | | BUY | 10/05 | K | | |
| 80. --ARCELOR (MT) | | | | | BUY | 10/09 | K | | |
| 81. --XTO ENERGY (XTO) | | | | | BUY | 10/09 | K | | |
| 82. --ARCELOR (MT) | | | | | BUY | 10/11 | K | | |
| 83. --ARCELOR | | | | | SELL | 10/11 | L | B | |
| 84. --RESEARCH | | | | | SELL | 10/11 | K | A | |
| 85. --TBS INT. LTD | | | | | SELL | 10/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --XTO ENERGY | | | | | SELL | 10/11 | K | A | |
| 87. --APPLE | | | | | SELL | 10/11 | L | D | |
| 88. --CROCS | | | | | SELL | 10/11 | L | D | |
| 89. --JA SOLAR (JASO) | | | | | BUY | 10/11 | K | | |
| 90. --JA SOLAR | | | | | SELL | 10/11 | K | A | |
| 91. --ARCELOR (MT) | | | | | BUY | 10/11 | K | | |
| 92. --GARMIN (GRMN) | | | | | BUY | 10/18 | K | | |
| 93. --INTERCONTINENTAL (ICE) | | | | | BUY | 10/18 | L | | |
| 94. --RESEARCH (RIMM) | | | | | BUY | 10/18 | K | | |
| 95. --GARMIN | | | | | SELL | 10/22 | K | A | |
| 96. --INTERCONTINENTAL | | | | | SELL | 10/22 | L | A | |
| 97. --RESEARCH | | | | | SELL | 10/22 | K | A | |
| 98. --RESEARCH (RIMM) | | | | | BUY | 10/23 | L | | |
| 99. --RESEARCH | | | | | SELL | 10/24 | L | A | |
| 100. --APPLE (AAPL) | | | | | BUY | 11/06 | L | | |
| 101. --APPLE | | | | | SELL | 11/08 | L | A | |
| 102. --COMPANHIA (SID) | | | | | BUY | 12/05 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --ULTRA QQQ (QLD) | | | | | BUY | 12/05 | L | | |
| 104. --MASTER CARD (MA) | | | | | BUY | 12/06 | L | | |
| 105. --AMAZON (AMZN) | | | | | BUY | 12/11 | L | | |
| 106. --ULTRA QQQ | | | | | SELL | 12/12 | L | A | |
| 107. --AMAZON | | | | | SELL | 12/13 | L | A | |
| 108. --COMPANHIA | | | | | SELL | 12/13 | L | A | |
| 109. --MASTERCARD | | | | | SELL | 12/13 | L | C | |
| 110. --RESEARCH (RIMM) | | | | | BUY | 12/27 | L | | |
| 111. Tampa Rental Property (2) | | None | M | S | | | | | |
| 112. Wachovia (MMarket Accts) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Same IRA as in earlier years; custodian is Capital Securities.

(2) Assessed value is $162,609. Market value is somewhat more. In years prior to 1996, this real estate was not held for rental; it is ███████████ ███ I have owned it since 1982. I rented it for the first time in 1996 and ceased renting in August, 1997; hence it appears on the form. The property is unrented and for sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544